IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEMARCUS KENARD JOE,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:15-CV-3304-L** |
| | § | |
| **STATE OF TEXAS,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff Demarcus Kenard Joe's ("Plaintiff") *pro se* Complaint, filed October 19, 2015. The case was referred to Magistrate Judge Paul D. Stickney for pretrial management, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 5, 2016, recommending that the court *sua sponte* dismiss without prejudice for failure to prosecute or failure to comply with the federal rules or any court order. No objections to the Report were filed.

Having reviewed the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. On October 14, 2015, Plaintiff filed a complaint but failed to pay the filing fee or file a motion to proceed *in forma pauperis*. On October 19, 2015, Plaintiff was sent a notice of deficiency. Plaintiff was informed that failure to cure the deficiency within thirty days would result in a recommendation to dismiss his claim. More than thirty days have elapsed, and Plaintiff has failed to comply with the court's order. Accordingly, the court *sua sponte* **dismisses without prejudice** Plaintiff's claim for want of prosecution and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 25th day of January, 2016.

_____
Sam A. Lindsay
United States District Judge